JAMES M. DORE (SBN 343860)
jdore@justicialaboral.com
JUSTICIA LABORAL, LLC.
6232 N. Pulaski Rd. Suite 300
Chicago, IL 60646
Telephone (773) 415-4898
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CATELLANO, ET AL., | Case No.:  2:25-cv-00095-DJC-CSK |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| MANUEL MARTINEZ OLVERA, ET AL., | |
| Defendants. | |

This matter before the Court upon the agreement of the Parties and the Stipulation to Dismiss with Prejudice, due notice having been served and the Court being advised, IT IS ORDERED:

1. The motion is GRANTED. This case is DISMISSED with prejudice.

Dated:  June 27, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE